UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| YOMEIDA RAMON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-338 |
| | § | |
| MICHAEL J ASTRUE, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
### TO GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On March 8, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the plaintiff's motion for summary judgment (D.E. 11) be denied and that the defendant's cross-motion for summary judgment (D.E. 17) be granted. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court.  Accordingly, it is

ORDERED that the plaintiff's motion for summary judgment is denied, the defendant's cross-motion for summary judgment is granted, and the decision of the Commissioner is affirmed.

SIGNED and ORDERED this 10th day of April, 2008.

_____
Janis Graham Jack
United States District Judge